IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-00006-RJC-DSC *SEALED*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SEMBER LYNN SMATHERS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's "Motion to Unseal Indictment and Arrest Warrant" (document # 5) filed January 23, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>. It is hereby ORDERED that the Bill of Indictment and Arrest Warrant be unsealed.

The Clerk is directed to send copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: January 23, 2013

David S. Cayer
United States Magistrate Judge